IN THE MATTER OF THE FINAL SETTLEMENT OF THE ACCOUNTS OF ROBERT ABERCROMBIE, EXECUTOR, ETC., APPELLANT.

APPEAL from a decree of the surrogate of the county of Westchester.

The auditor, to whom it was referred to take and state the accounts of the appellant, having filed a report which the surrogate regarded as incomplete, he directed him to make a further report, setting forth certain facts to which his attention was called,

as they appeared in the evidence already taken by him. The General Term *held*, that there was no error in requiring the auditor to make a further report, and affirmed the decree.

*Wm. F. Purdy*, for the appellant.

*L. T. Yale*, for the respondent.

Opinion by GILBERT, J.

Present — BARNARD, P. J., GILBERT and TAPPEN, JJ.

Decree affirmed, with costs.